**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

**No. 96-41267**
_____

**T. ALAN HART,**

**Plaintiff-Appellant,**

**VERSUS**

**UNITED STATES OF AMERICA,**

**Defendant-Appellee.**

_____

Appeal from the United States District Court
for the Eastern District of Texas

(1:95-CV-735)
_____

February 4, 1998

Before KING, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

    AFFIRMED.  See 5TH CIR. R. 47.6.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.